UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONY GREEN; on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T SERVICES, INC., a corporation doing business as AT&T; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 09 CV 1760 JM NLS<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom:　　16<br>Judge:　　　　Jeffrey T. Miller<br>Trial Date:　　None Set |

**ORDER**

The Court, having reviewed the parties' Joint Motion For Order Extending Time to Plead in Response to Plaintiff's Complaint, and good cause appearing therefore, hereby grants the parties' Joint Motion. The last day for Defendant to plead in response to Plaintiff's complaint is extended to November 4, 2009.

**IT IS SO ORDERED.**

DATED: October 1, 2009.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　United States District Judge