1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONY GREEN; on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AT&T SERVICES, INC., a corporation doing business as AT&T; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE No. **09-cv-1760 JM - (NLS)**<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Jeffrey Miller<br>Courtroom: 16 |

1
2
3
4
5

    Now before this Court is the parties' Joint Motion for Dismissal, requesting dismissal with prejudice, of Plaintiff Antony Green's ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The Joint Motion for Dismissal is hereby GRANTED, and Plaintiff's individual claims are dismissed with prejudice, and the Class Claims are dismissed without prejudice.

6
7

    The Clerk of the Court is directed to take any other necessary procedural and administrative actions to terminate this action.

8

    IT IS SO ORDERED.

9

DATED:  February 26, 2010

10

_____

11

Hon. Jeffrey T. Miller
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28